# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2026

_____

JIMMY MILHOMME,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

    Appellee.

_____


An appeal from an order of the Reemployment Assistance
Appeals Commission.

April 3, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

_____

Jimmy Milhomme, pro se, Appellant.

Norman Blessing, General Counsel, and Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.